FILED
JAMES J. VILT, JR. - CLERK

JUL 06 2023

IN THE UNITED STATES DISTRICT COURT
FOR THE **WESTERN** DISTRICT OF **KENTUCKY** U.S. DISTRICT COURT
**CIVIL** DIVISION          WEST'N. DIST. KENTUCKY
*(Write the District and Division, if any, of*          **CLASS ACTION**
*the court in which the complaint is filed.)*          **STATUS REQUESTED**

---

**Rita Dotson Watkins & others**
**"ET AL"**

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

**The Commonwealth of Kentucky**
**ET AL**

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. **1:23-cv-88-GNS**
*(to be filled in by the Clerk's Office)*

Jury Trial:    ☒ Yes   ☐ No
              *(check one)*

I. The Parties to This Complaint

  A. The Plaintiff(s)

  Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

  Name: Rita Dotson Watkins & Others
  Street Address: 5350 Louisville Rd Lot 98
  City and County: Bowling Green (Warren County)
  State and Zip Code: Kentucky 42101
  Telephone Number: 364-203-9613
  E-mail Address: ritaw3854@gmail.com

  B. The Defendant(s)

  Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

  Defendant No. 1
  Name: Debra Brine
  Job or Title (if known): Landlord Northbrook Kentucky
  Street Address: 5350 Louisville Rd ~~Lot 98~~
  City and County: Bowling Green (Warren County)
  State and Zip Code: Kentucky 42101
  Telephone Number: 1-270-781-4545
  E-mail Address (if known):

  Defendant No. 2
  Name: Honorable Lindsay Tate Porter
  Job or Title (if known): Attorney at Law State of Ky
  Street Address: 1401 College Street
  City and County: Bowling Green (Warren County)

2

State and Zip Code: Kentucky 42101
Telephone Number: 1-270-781-6500
E-mail Address (if known):

Defendant No. 3

Name: Honorable Brent Potter
Job or Title (if known): Commonwealth of Kentucky Justice
Street Address: 1001 Center Street
City and County: Bowling Green (Warren County)
State and Zip Code: Kentucky 42101
Telephone Number: 1(270) 746-7278
E-mail Address (if known):

Defendant No. 4

Name: Honorable John Brown
Job or Title (if known): Commonwealth of Kentucky Justice
Street Address: 1001 Center Street
City and County: Bowling Green (Warren County)
State and Zip Code: Kentucky 42101
Telephone Number:
E-mail Address (if known):

II.  **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question           ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

14th Amendment of U.S. Constitution
Hud CFR-200 Title 42 Ch. 130 Sec. 231
Hud CFR-200 Title 42 Ch. 130 Sec. 212
42 U.S.C. section 3601-3631 Federal Fair Housing Act

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* Debra Brine, is a citizen of the State of *(name)* Kentucky. Or is a citizen of *(foreign nation)* _____.

4

b.   If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.   The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

$ exceeds 8,000

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed. would The Commonwealth of Kentucky be susstantially justified under partnership with NORTH BROOK Community Trailer Park a/b/a NORTH BROOK m/hc and capital Funding in bringing multiple state enforced eviction proceedings against tenant trailer buyers through dual rent/lease to buy contracts under color of KRS 383.210 And KRS 371.010 See Attached exhibits A-J

5

IV.     Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

punitive damages of $5,000,000 for lost of wages and medical expenses, compensation for emotional and mental distress, mental suffering and loss of enjoyment of final years of life and emergency injunction barring defendants of pursuing further action

V.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

    A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7/6/ , 2023

Signature of Plaintiff    Retha Watkins Shelton
Printed Name of Plaintiff    Retha Watkins Shelton

    B.     For Attorneys

Date of signing: _____ , 20__.

6

Signature of Attorney          _____
Printed Name of Attorney      _____
Bar Number                    _____
Name of Law Firm              _____
Address                       _____
Telephone Number              _____
E-mail Address                _____

*Rita Watkins Shelton* (signature)

Rita Watkins Shelton
5350 Louisville Rd Lot 98
Bowling Green, Ky 42101
Tel 364-203-9613
email: ritaw3854@gmail.com

SUBSCRIBED AND SWORN to before me this

_____ day of _____, 20____

my commission expires!

Warren County, Kentucky
Subscribed and sworn to (or affirmed) before me 2023
this 6TH day of JULY
By RITA ANN DOTSON WATKINS
Notary Public signature: Laura V. Deutro
Notary Public printed name: Lauren Deutro
Commission number: KYNP62208
Commission exp. Date: 9/1/26

7