UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

RITA DOTSON WATKINS AND OTHERS                                    Plaintiffs

v.                                                 Civil Action No. 1:23-cv-00088-RGJ

THE COMMONWEALTH OF KENTUCKY, *et al.*                          Defendants

\* \* \* \* \*

## **ORDER**

For the reasons set forth in the Memorandum Opinion entered this date, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** that this action is **DISMISSED** under 28 U.S.C. § 1915(e)(2)(B)(ii) and (iii) for failure to state a claim upon which relief may be granted and for seeking monetary relief against a defendant who is immune from such relief.

All remaining motions are **DENIED as moot**.

There being no just reason for delay in its entry, this is a **final Order**.

This Court further **certifies** that an appeal would be frivolous and, therefore, not taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Date:   October 25, 2023

Rebecca Grady Jennings, District Judge
United States District Court

cc:    Plaintiff, *pro se*
       Defendants
A960.014